John G. Kerkorian (#012224)
kerkorianj@ballardspahr.com
Michael A. DiGiacomo (#032251)
digiacomom@ballardspahr.com
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400
Facsimile: 602.798.5595

*Attorneys for Bridgecrest Acceptance Corporation.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Michael Ingram, | NO. CV-19-05353-DMF |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS AND ARBITRATE CLAIMS** |
| vs. | |
| Bridgecrest Acceptance Corporation, | |
| Defendant. | |

Plaintiff Michael Ingram ("Plaintiff") and Defendant Bridgecrest Acceptance Corporation ("Bridgecrest"), hereby jointly move to dismiss Plaintiff's claims against Bridgecrest and submit such claims to binding arbitration, pursuant to the terms of the arbitration agreement attached hereto as Exhibit 1. The arbitration shall be before either the American Arbitration Association or J.A.M.S./Endispute, pursuant to the terms of the parties' arbitration agreement.

DATED this 14th day of November, 2019.

BALLARD SPAHR LLP

By: */s/ Michael A. DiGiacomo*
    John G. Kerkorian
    Michael A. DiGiacomo
    1 East Washington Street, Suite 2300
    Phoenix, AZ 85004-2555
    Telephone: 602.798.5400
    Facsimile: 602.798.5595
    *Attorneys for Defendant Bridgecrest Acceptance Corporation*

DMEAST #39404945 v1

KENT LAW OFFICES

By: */s/ Trinette G. Kent (w-permission)*
    Trinette G. Kent
    3219 East Camelback Road #588
    Phoenix, AZ  85018
    *Attorneys for Plaintiff Michael Ingram*

Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
Telephone: 602.798.5400

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2019, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Trinette G. Kent
**KENT LAW OFFICES**
3219 E. Camelback Road, Suite 588
Phoenix, AZ  85018
*Attorneys for Plaintiff*

*/s/ Vicki L. Morgan*