# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Ingram,<br><br>      Plaintiff,<br><br>v.<br><br>Bridgecrest Acceptance Corporation,<br><br>      Defendant. | No. CV-19-05353-PHX-MTL<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss and Arbitrate Claims ("Stipulation"),

**IT IS ORDERED** that the Stipulation (Doc. 10) is GRANTED. Plaintiff's claims against Defendant Bridgecrest Acceptance Corporation are dismissed and all claims will be submitted to binding arbitration before either the American Arbitration Association or J.A.M.S./Endispute pursuant to the terms of the arbitration agreement attached to the Stipulation as Exhibit 1. Because this Order resolves all claims as to the only Defendant, the Clerk of the Court shall close this case.

Dated this 15th day of November, 2019.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge